OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 14, 2005

**Colm F. Connolly**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

    RE:   USA v. Lohoefer, et al.
            1:95-cr-00038-KAJ

Dear Counsel:

    I am returning to you Government's Trial Exhibits consisting of <u>2 boxes</u>. Please acknowledge receipt of said exhibits on the copy of this letter.

                      Sincerely,

                      **Peter T. Dalleo**
                      Clerk of the Court

I hereby acknowledge receipt of the above exhibits on December 14, 2005

                      _____
                              Signature

/rc